RECEIVED CLERK

AUG 19 2025

U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
SALT LAKE CITY DIVISION

| | |
|---|---|
| BILL LIETZKE, | ) CASE NO. 2:24-000-47 TS-JCB |
| PLAINTIFF, | ) |
| VS. | ) |
| CITY OF BIRMINGHAM, ET AL,<br>PATRICK D. SMITH, CHIEF, | ) |
| DEFENDANTS. | ) |
| | ) UNITED STATES DISTRICT JUDGE JILL N. PARRISH |

JUDGMENT

The action coming on for trial, pretrial, or hearing on October      , 2025 before the Court and the jury, Honorable Jill N. Parrish and Honorable Magistrate Judge Jared C. Bennett presiding, and the issues having been tried and the jury having duly rendered their verdict,

IT IS ORDERED and ADJUDGED, and judgment therefore hereby is entered, that Plaintiff recover from Defendants $1,000,000,000   With interests at ten per cent, and further penalties from the Court shall be assessed against the Defendants as may be deemed appropriate.

DATED this      day of October, 2025

CLERK OF THE COURT